# FEDERAL SUPREME COURT
## Cases, Judges, Officers, Proceedings and Opinions

## SUPREME COURT of U. S.

### WASHINGTON, D. C.

**Chief Justice**—William Howard Taft of Ohio.

**Associate Justices** — Joseph McKenna of California, **Oliver Wendell Holmes** of Massachusetts, **Willis VanDeventer** of Wyoming, **Mahlen Pitney** of New Jersey, James Clark McReynolds of Tennessee, Louis D. Brandeis of Massachusetts, and George H. Sutherland of Utah.

**Clerk**—Wm. S. Stansbury, Dist. Columbia.

**Deputy Clerk**—Philander R. Stansbury.

**Marshal**—Frank K. Green of Kentucky.

**Reporter**—Ernest Knaebel of Colorado.

**Terms**—At Washington, D. C., second **Monday in October, annually.**

### No Cases this Week

## COURT OF APPEALS of U. S.

### CINCINNATI

The United States is divided into nine Court of Appeals Circuits, each of which is made up of states. For each of these Circuits, the President appoints two Circuit Judges, and a Justice of the Supreme Court is assigned by that court to each Circuit, as Presiding Justice, the three thus selected constituting the Circuit Court of Appeals of the district. Ohio is in the Sixth Circuit.

Sixth Circuit—Comprised of the States of Ohio, Michigan, Tennessee, Kentucky.

**Presiding Justice,** William R. Day of Ohio, Justice of Supreme Court.

**Circuit Judges**—Loyal E. Knappen, Grand Rapids, Michigan; Arthur C. Denison, Grand Rapids, Michigan; Maurice H. Donahue, New Lexington, Ohio.

**Clerk**—Arthur B. Mussman, Cincinnati.

**Deputy Clerk**—Frank A. Hight, Federal Building, Cincinnati.

**Terms,** at Cincinnati, Federal Building, on the first Monday of October, and adjourned sessions on the Tuesday after the first Monday of each other month in the year, except August and September.

At the October, February and May sessions of the court (called Calendar Sessions), there is a regular and peremptory call of the calendar containing all the cases on the docket, which should be ready for hearing.

At the July session, no cases are heard, except on special order of the court.

This Term began October 2, 1922.

### RULES OF COURT
#### Return Days

All appeals, writs of error and citations must be made returnable not exceeding thirty days from the day of signing the citation, whether the return day fall in vacation or in term time, and be served before the return day.

#### Briefs

Counsel for defendant in error or appellee before the first day of the term if the clerk deliver to him a printed record of the case 60 days before the first day of such term; or 20 days if the record is delivered not less than 30 days before the first day of such terms, and in all other cases 15 days after receipt of such printed record, within the same time such counsel shall give to counsel of defendant in error or appellee five printed copies of such brief.

Counsel for defendant in error or appellee are to file twenty copies of his brief 30 days before the case is called for hearing and give five copies to the counsel for plaintiff in error or appellant.

### NEW OHIO LAWS

We intend to publish, each week, epitomized statements of all new laws of a general nature, and thus keep our readers informed as to the state of the statute law, as well as of case law.

### A RADICAL JURY SYSTEM CHANGE

A proposal for a radical change in the present system of selecting jurors in Hamilton county was recently submitted at a joint session of common pleas court judges and lawyers by a committee composed of Judges E. T. Dixon, Thomas Darby and William F. Hoffman, chairman.

Under the proposed system, the jury commissioners would take names entirely from the registration and polling lists, using a key number to make selections, but sending the prospective jurors to be examined before their names are put into the jury wheel, thus eliminating all those who are not competent either mentally or physically.

Judge Hoffman declared that under the present system the juries are composed mainly of old men and persons who have no other jobs. If age, inexperience and unemployment unfit men for jury service, a method of disqualifying is undoubtedly needed. But we suggest that mixed juries of men and women are giving good satisfaction in many counties and might relieve the dilemma in the Queen City.

The law brought "up to the minute," so far as it is available, is what The Abstract is working to give you. Do your part, please, by sending your subscription, if you have not done so, and get the benefit of our efforts for you

### No. 69

### SELWAY v. FOURTH NATIONAL BANK, of Caditz, O.

No. 3515, Circuit Court of Appeals, 6th Circuit
Oct. 13. 1922

For Full Opinion see 283 Fed. 783

APPEALS—(1) Circuit Court may extend time for making return, where appellant not negligent— (2) Amendment of narration proper practice.

Before Kappen, Denison and Donahue, Judges

PER CURIAM:

#### Epitomized Opinion

Original suit, in the U. S. Dist. Court, S. D. O. Judgment for plaintiff, the bank, and defendant, Selway, appealed Sept. 27, 1920. Heard on motion to docket and dismiss the appeal. Motion denied.

The district judge who allowed the appeals, extended, from time to time, the limit for making the appeal return. The appellants had prepared a narrative of the testimony, as to which appelles had filed criticisms and objections, and satisfactory substitutes were being prepared, and further time was asked. The court of appeals held:

1. It is within the sound discretion of the court to extend the time for making return to the appeals, when there has been no laches by appellant, and where justice seems to require such course.

2. When appellants' proceedings seem to require amendment, counsel should be called before the court and appellant should be advised in what respects appellant's case is unsatisfactory, and instructed to file an amended narrative, within a time fixed by the judge. Then, upon disagreement or disapproval, the verbatim testimony should be substituted.

**Attorneys**—Albert Barnes and B. W. Rowland, of Caditz, for Selway; R. H. Minteer and D. A. Hollingsworth, of Caditz, for Bank.